**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq. (126281)
brose@kayerose.com
Frank C. Brucculeri, Esq. (137199)
fbrucculeri@kayerose.com
723 Palisades Beach Road, Suite 108
Santa Monica, California 90402
Telephone: (310) 551-6555
Facsimile: (310) 277-1220

Attorneys for Plaintiff
Thorco Projects A/S

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| THORCO PROJECTS A/S,<br><br>Plaintiff,<br><br>v.<br><br>NUTRION FEEDS NORTH AMERICA, INC.,<br><br>Defendant. | Case No.: 2:22−CV−01331−TLN−JDP<br><br>**IN ADMIRALTY**<br><br>**ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** |

Having reviewed and considered Plaintiff Thorco Projects A/S's *Ex-Parte* Motion for Issuance of Process of Maritime Attachment and Garnishment and Verified Complaint, together with the Attorney Declaration that the Defendant Nutrion Feeds North America, Inc. cannot be found in the District, and finding that the conditions of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure appear to exist, the Court hereby:

**ORDERS** the Clerk to issue Process of Maritime Attachment and Garnishment pursuant to Rule B directing the United States Marshal to the Eastern District of California to attach all property, tangible or intangible, belonging to Defendant, Nutrion Feeds North America, Inc., comprised of cargo located at

Trans-Hold, Inc. at 313 Luce Ave in Stockton, California, or property of any kind belonging to, claimed by, or held for the benefit of, the Defendant, within this District in an amount up to $5,110,000.00 pursuant to Supplemental Rule B and the same be attached as may be found in the possession, custody or control of the garnishee(s); and

**ORDERS** that the Clerk of the Court shall issue further, supplementary process of maritime attachment and garnishment, on request of the Plaintiff and without further order of this Court; and

**ORDERS** that any tangible or intangible property in the hands of the garnishee(s) and attached pursuant to this Order, may be released from seizure without the necessity of further orders of this Court, provided that the Marshal, or garnishee(s) receives written authorization to do so from the attorney who requested the attachment and garnishment, stating that he has conferred with all attorneys representing parties to the litigation, and they consent to the request for the release, and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the property which was attached pursuant to this Order; and

**ORDERS** that any person claiming an interest in the property attached or garnished pursuant to order upon application of the Court, be entitled to a prompt hearing in which Plaintiff shall be required to show why the attachment or garnishment should not be vacated or other relief granted; and

**ORDERS** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment.

**SO ORDERED**.

SIGNED this 28th day of July, 2022.

_____
Troy L. Nunley
United States District Judge