**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq. (126281)
brose@kayerose.com
723 Palisades Beach Road, Suite 108
Santa Monica, California 90402
Telephone: (310) 551-6555
Facsimile: (310) 277-1220

Attorneys for Plaintiff
Thorco Projects A/S

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| THORCO PROJECTS A/S,<br><br>            Plaintiff,<br><br>v.<br><br>NUTRION FEEDS NORTH AMERICA, INC.,<br><br>            Defendant. | **Case No.: 2:22−CV−01331−TLN−JDP**<br><br>**IN ADMIRALTY**<br><br>**ORDER APPOINTING A SPECIAL PROCESS SERVER PURSUANT TO SUPPLEMENTAL RULE B** |

    An application having been made by Plaintiff for an Order Appointing a Special Process Server Pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Local Rule 512(f), wherein Plaintiff requested the Court appoint a member of the firm, or a third party service, who are over the age of 18 and not parties to this action, as a special process server, and award such other and further relief as the Court may deem appropriate in the circumstances, it is hereby:

    **ORDERED**, that any agent and/or employee of this firm, or a third party service, or any other person or organization having authority, who is over the age

of 18 and not a party to this action, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon garnishee Trans-Hold, Inc. at 313 Luce Ave, Stockton, California 95203.

SIGNED this 28th day of July, 2022.

*[signature]*

Troy L. Nunley
United States District Judge