1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT

10     EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

11   THORCO PROJECTS A/S,            **Case No. 2:22-CV-01331-TLN-JDP**

12          Plaintiff,

13     v.                            **ORDER GRANTING JOINT
                                    STIPULATION FOR EXTENSION
14   NUTRION FEEDS NORTH             OF TIME FOR GARNISHEE TO
     AMERICA, INC.,                  FILE ANSWER AND ANSWERS TO
15                                   INTERROGATORIES**

16          Defendant.               Complaint Filed: July 27, 2022

17

18       Having considered Plaintiff Thorco Projects A/S and Defendant Nutrion

19   Feeds North America, Inc.'s (collectively the "Parties") Joint Stipulation for

20   Extension of Time for Garnishee to File Answer, the request is hereby GRANTED.

21          The Court, therefore, hereby advances and continues the deadline as

22   follows:

23       1.     The deadline for Garnishee Trans-Hold Inc. to file an Answer and

24   answers to interrogatories served upon it on July 29, 2022 pursuant to Rule B(3) of

25   the Supplemental Rules For Admiralty Or Maritime Claims and Asset Forfeiture

26   Actions is extended from August 19, 2022, to September 16, 2022.

27       2.     The time for Garnishee Trans-Hold Inc. to file an Answer with this

28   Court and provide responses to interrogatories served upon it on July 29, 2022, is

continued indefinitely.

DATED: August 19, 2022

_____
Troy L. Nunley
United States District Judge

ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR GARNISHEE
TO FILE ANSWER AND ANSWERS TO INTERROGATORIES