**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq., SBN 126281
brose@kayerose.com
Frank C. Brucculeri, Esq., SBN 137199
fbbrucculeri@kayerose.com
723 Palisades Beach Road, Suite 108
Santa Monica, California 90402
Telephone: (310) 551-6555
Facsimile: (310) 277-1220

Attorneys for Plaintiff
**Thorco Projects A/S**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| THORCO PROJECTS A/S,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NUTRION FEEDS NORTH AMERICA INC.<br><br>　　　　　Defendant. | Case No.: 2:22-cv-01331-TLN-JDP<br><br>**IN ADMIRALTY**<br><br>**ORDER APPOINTING NATIONAL MARITIME SERVICES AS SUBSTITUTE CUSTODIAN** |

Upon the Unopposed *Ex Parte* Application by Plaintiff Thorco Projects A/S (hereinafter "Thorco" or "Plaintiff") for the Appointment of a Substitute Custodian for the cargo discharged from the M/V ANSHUN (IMO 9851347) (hereinafter the "Cargo") currently in the possession of Garnishee Trans-Hold, Inc. (hereinafter "Garnishee"), in lieu of the United States Marshal in this case, and good cause appearing therefore, it is hereby:

**ORDERED** that the Plaintiff's Motion is granted, and Garnishee shall transfer custody of the Cargo to the custody of the substitute custodian, National Maritime Services (hereinafter "NMS" and/or "Substitute Custodian"); and it is further

**ORDERED** that upon transfer of the Cargo to NMS, it shall be appointed to act as Substitute Custodian of the Cargo during *custodia legis* on behalf of this Court, in place and instead of the United States Marshal, unless and until further order by this Court; and it is further

**ORDERED** that costs, fees, and expenses incurred by the Substitute Custodian for the necessary maintenance and safekeeping of the Cargo shall be deemed *custodia legis* expenses; and it is further

**ORDERED** that upon transfer of the Cargo to the Substitute Custodian, the United States Marshal shall not be liable for any loss occurring while the Cargo remains in the custody of the Substitute Custodian; and it is further

**ORDERED** that upon transfer of the Cargo to the Substitute Custodian, the Substitute Custodian shall cause and be responsible to have the Cargo transported to and remain at an appropriate location, at all times required to be within the Eastern District of California; and it is further

**ORDERED** that the Substitute Custodian will be paid in full prior to the Cargo being released from attachment or the date that the Substitute Custodian is relieved from its duties, whichever occurs first.; and it is further

**ORDERED** that if the Substitute Custodian is not paid its charges, upon written demand to the Plaintiff, the Substitute Custodian shall be entitled to withdraw from its role on 3 days' written notice to the Plaintiff, the United States Marshal, and the Court; and it is further

**ORDERED** that the Cargo may be released by the Substitute Custodian, without further Court Order, upon delivery of written consent of all of the parties to the action to the United States Marshal.

SIGNED at Sacramento, California this 5th day of December, 2022.

_____
Troy L. Nunley
United States District Judge