**BLANK ROME LLP**
Allen Ho (SBN 318187)
allen.ho@blankrome.com
William R. Bennett III (SBN 05329)
william.bennett@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:    424.239.3434

Attorneys for Defendant
NUTRION FEEDS NORTH AMERICA, INC.

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| THORCO PROJECTS A/S<br><br>Plaintiff,<br><br>vs.<br><br>NUTRION FEEDS NORTH AMERICA, INC.<br><br>Defendant. | Case No. 2:22-cv-01331(TLN)(JPD)<br><br>Judge:   Hon. Troy L. Nunley<br><br>**IN ADMIRALTY**<br><br>**ORDER REFERRING APPROVAL OF SALE OF CARGO TO MAGISTRATE JUDGE** |

Upon the joint application of defendant Nutrion Feeds North America, Inc., (hereinafter "Nutrion") and Plaintiff Thorco Projects A/S (hereinafter "Thorco") (hereinafter jointly "the Parties"), pursuant to the Parties December 26, 2022 Stipulation requiring the Parties to jointly request an Order referring the approval of the sale of the Cargo which is the subject of the referenced matter to Magistrate Judge Peterson, and good cause appearing therefore, it is hereby:

**ORDERED** that the Parties application is granted and the approval for the sale of the Cargo which is the subject of the referenced matter is hereby referred to Magistrate Judge Peterson.

SIGNED at Sacramento, California this 7th day of February 2023.

_____
Troy L. Nunley
United States District Judge