# DECLARATION OF ALEJANDRO BURGALETA
# (Filed Under Seal)