# EXHIBIT B



# Commercial Invoice

Date: 03-APR-2022
Invoice No.: ▮▮▮▮▮▮0409
BL Number: ▮▮▮▮▮

Contract Ref.: ▮▮▮▮▮

Incoterms: CIF STOCKTON, USA
Packing List No.: PL01-SGJ220400009
PL01-SGJ220400010
PL01-SGJ220400011
PL01-SGJ220400012

Seller
▮▮▮▮▮

By Order And For Account Of Customer
NUTRION FEEDS NORTH AMERICA INC
1030 GLOURIE CIRCLE APT A
HOUSTON 77055
TEXAS, USA

| Qty (MT) | Item | Description | Unit Price/MT | Amount (USD) |
|---|---|---|---|---|
| ▮ | CSPFA-R | CALCIUM SALTS OF PALM FATTY ACID - RUMINER 1,000KG (GMP+ FSA ASSURED) | ▮ | ▮ |
| ▮ | PA 85 | PALMITIC ACID 85% 1,000KG (GMP+ FSA ASSURED) | ▮ | ▮ |
| ▮ | NLT-16 | NLT-16 (GMP+ FSA ASSURED) | ▮ | ▮ |
| ▮ | HPFAD | HIDROFAT (GMP+ FSA ASSURED) | ▮ | ▮ |
| | | SUBTOTAL | | ▮ |
| | | FREIGHT & INSURANCE | | ▮ |
| | | | Total | ▮ |

NTEREST OF ▮▮▮ FOR LATE PAYMENT W LL BE  MPOSED  F WE D D NOT RECE VED THE PAYMENT ON DUE DA E
Please transfer your payment by TT to:
Account Name : ▮▮▮
Account No. : ▮▮▮
Bank Name : ▮▮▮
Swift Code : ▮▮▮





# Commercial Invoice

Date: 03-APR-2022
Invoice No.: ▮▮▮▮▮▮0410
BL Number: ▮▮▮▮▮▮

Contract Ref.: ▮▮▮▮▮▮
Incoterms: CIF STOCKTON, USA
Packing List No.: PL01-SGJ220400013

Seller
▮▮▮▮▮▮

By Order And For Account Of Customer
NUTRION FEEDS NORTH AMERICA INC
1030 GLOURIE CIRCLE APT A
HOUSTON 77055
TEXAS, USA

| Qty (MT) | Item | Description | Unit Price/MT | Amount (USD) |
|---|---|---|---|---|
| ▮ | CSPFA-R | CALCIUM SALTS OF PALM FATTY ACID - RUMINER 1,000KG (GMP+ FSA ASSURED) | ▮ | ▮ |
|  |  | SUBTOTAL |  | ▮ |
|  |  | FREIGHT & INSURANCE |  | ▮ |
|  |  |  | Total | ▮ |

NTEREST OF ▮▮▮▮ FOR LATE PAYMENT W LL BE  MPOSED  F WE D D NOT RECE VED THE PAYMENT ON DUE DA E
Please transfer your payment by TT to:
Account Name :
Account No. :
Bank Name :
Swift Code :



# Commercial Invoice

Date: 03-APR-2022
Invoice No.: ▮▮▮▮▮▮▮0411
BL Number: ▮▮▮▮▮▮▮

Contract Ref.: ▮▮▮▮▮▮▮
Incoterms: CIF STOCKTON, USA
Packing List No.: PL01-SGJ220400014

Seller
▮▮▮▮▮▮▮

By Order And For Account Of Customer
NUTRION FEEDS NORTH AMERICA INC
1030 GLOURIE CIRCLE APT A
HOUSTON 77055
TEXAS, USA

| Qty (MT) | Item | Description | Unit Price/MT | Amount (USD) |
|---|---|---|---|---|
| ▮ | PA 85 | PALMITIC ACID 85% 1,000KG | ▮ | ▮ |
| | | SUBTOTAL | | ▮ |
| | | FREIGHT & INSURANCE | | ▮ |
| | | | Total | ▮ |

NTEREST OF ▮▮▮ FOR LATE PAYMENT W LL BE  MPOSED  F WE D D NOT RECE VED THE PAYMENT ON DUE DATE
Please transfer your payment by TT to:
Account Name : ▮▮▮▮
Account No. : ▮▮▮▮
Bank Name : ▮▮▮▮
Swift Code : ▮▮▮▮





# Commercial Invoice

Date: 03-APR-2022
Invoice No.: 0412
BL Number:

Contract Ref.:
Incoterms: CIF STOCKTON, USA
Packing List No.: PL01-SGJ220400015

Seller

By Order And For Account Of Customer

NUTRION FEEDS NORTH AMERICA INC
1030 GLOURIE CIRCLE APT A
HOUSTON 77055
TEXAS, USA

| Qty (MT) | Item | Description | Unit Price/MT | Amount (USD) |
|---|---|---|---|---|
|  | PA 85 | PALMITIC ACID 85% 650 KG |  |  |
|  |  | SUBTOTAL |  |  |
|  |  | FREIGHT & INSURANCE |  |  |
|  |  |  | Total |  |

NTEREST OF           FOR LATE PAYMENT W LL BE  MPOSED  F WE D D NOT RECE VED THE PAYMENT ON DUE DA E
Please transfer your payment by TT to:
Account Name :
Account No. :
Bank Name :
Swift Code :

