# EXHIBIT C



# Fatty Acids - Fractionated (Asia-Pacific)

**By Helen Yan**
**14-Dec-2022**

Overview | Outlook | Prices | Upstream

Please click here for full details on the criteria ICIS uses in making these price assessments.

**The weekly pricing analysis will not be published on 28 December 2022. Please click here for the ICIS publishing schedule.**

## OVERVIEW

- **Near-term demand tepid amid year-end holiday lull**
- **Recession fears and inflation woes curb spot appetite**
- **Spot trades slow ahead of upcoming Lunar New Year**

Asia's fatty acids market was largely dormant due to limited market participation amid the year-end holiday lull.

Market players were mostly away on holidays or on the sidelines. Spot interest was tepid for near-term shipments due to the end of the fiscal year and uncertainties.

Recession fears and inflation woes due to the fallout on the global economy from the sanctions on Russia amid a prolonged Ukraine-Russia conflict have dampened sentiment and weighed on demand.

Meanwhile, the relaxation of China's zero-COVID policy has seen limited impact on the near term spot market although there were some enquiries for cargoes to be delivered after the Lunar New Year.

The Chinese market will shut on 21 January next year for the week-long Lunar New Year holidays.

Trade usually winds down ahead of the Lunar New Year, which is also celebrated in Indonesia, Malaysia, Singapore, Vietnam and South Korea.



## OUTLOOK

- **China's relaxed COVID-19 policy may spur demand for Q2 2023**
- **Spot interest likely to pick up after Lunar New Year holidays**
- **Geopolitical uncertainties to curb spot appetite near term**

## PRICES

### SPOT PRICES

|  |  |  | Price Range |  | Four Weeks Ago | US CTS/lb |
|---|---|---|---|---|---|---|
| **C8 Caprylic Acid** |  |  |  |  |  |  |
| **FOB SE Asia Drummed** | USD/tonne | n/c | 2700.00-3000.00 | n/c | 3000.00-3300.00 | 122.47-136.08 |
| **CFR Japan Drummed** | USD/tonne | n/c | 2730.00-3030.00 | n/c | 3030.00-3330.00 | 123.83-137.44 |
| **CFR NE Asia Drummed** | USD/tonne | n/c | 2730.00-3030.00 | n/c | 3030.00-3330.00 | 123.83-137.44 |
| **C12 Lauric Acid** |  |  |  |  |  |  |
| **FOB SE Asia Container** | USD/tonne | n/c | 820.00-870.00 | n/c | 850.00-880.00 | 37.19-39.46 |
| **CFR Japan Container** | USD/tonne | n/c | 850.00-900.00 | n/c | 880.00-910.00 | 38.56-40.82 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CFR NE Asia Container | USD/tonne | n/c | 850.00-900.00 | n/c | 880.00-910.00 | 38.56-40.82 |
| **C14 Myristic Acid** | | | | | | |
| FOB SE Asia Container | USD/tonne | n/c | 1100.00-1200.00 | n/c | 1150.00-1250.00 | 49.90-54.43 |
| CFR Japan Container | USD/tonne | n/c | 1130.00-1230.00 | n/c | 1180.00-1280.00 | 51.26-55.79 |
| CFR Asia NE Container | USD/tonne | n/c | 1130.00-1230.00 | n/c | 1180.00-1280.00 | 51.26-55.79 |
| **C16 Palmitic Acid** | | | | | | |
| FOB Asia SE Container | USD/tonne | n/c | 1000.00-1100.00 | n/c | 1000.00-1050.00 | 45.36-49.90 |
| CFR Japan Container | USD/tonne | n/c | 1030.00-1130.00 | n/c | 1030.00-1080.00 | 46.72-51.26 |
| CFR Asia NE Container | USD/tonne | n/c | 1030.00-1130.00 | n/c | 1030.00-1080.00 | 46.72-51.26 |
| **C18 Oleic Acid** | | | | | | |
| FOB Asia SE Drummed | USD/tonne | n/c | 1100.00-1150.00 | n/c | 1050.00-1120.00 | 49.90-52.16 |
| CFR Japan Drummed | USD/tonne | n/c | 1130.00-1180.00 | n/c | 1080.00-1150.00 | 51.26-53.52 |
| CFR NE Asia Drummed | USD/tonne | n/c | 1130.00-1180.00 | n/c | 1080.00-1150.00 | 51.26-53.52 |
| **C18 Stearic Acid Rubber Grade** | | | | | | |
| FOB SE Asia Container | USD/tonne | -10 | 890.00-930.00 | -20 | 850.00-950.00 | 40.37-42.18 |
| **C10 Capric Acid** | | | | | | |
| FOB SE Asia Drummed | USD/tonne | n/c | 7400.00-7600.00 | n/c | 7400.00-7600.00 | 335.66-344.73 |
| CFR Japan Drummed | USD/tonne | n/c | 7430.00-7630.00 | n/c | 7430.00-7630.00 | 337.02-346.09 |
| CFR Asia NE Drummed | USD/tonne | n/c | 7430.00-7630.00 | n/c | 7430.00-7630.00 | 337.02-346.09 |
| **C8-10 Caprylic Capric** | | | | | | |
| FOB SE Asia Drummed | USD/tonne | n/c | 3400.00-3500.00 | n/c | 3700.00-3900.00 | 154.22-158.76 |

**Short chain fatty acids**



Spot prices for C8 caprylic acid, C10 capric acid and the binary C8-C10 product were flat on stagnant demand.

Discussions were thin and spot interest limited amid the year-end holiday season.

Europe is a major consumer of short-chain fatty acids and demand has tapered off in the run-up to the Christmas holidays.

**C12 lauric acid and C14 myristic acid**



Spot prices were stable on thin discussions for both C12 lauric acid and C14 myristic acid. Most of the business for December and January shipments has largely been concluded.

Spot interest for forward shipments was limited, with buyers largely staying on the sidelines and adopting a cautious stance, given the fluctuations in feedstock palm kernel oil prices.

**C16 palmitic acid and C18 oleic acid**



Spot prices of C16 palmitic acid and C18 oleic acid remained unchanged on thin discussions and limited trades amid the year-end holiday lull.

**HYBRID SPOT/CONTRACT PRICES**

|  |  |  | Price Range |  | Four Weeks Ago | US CTS/lb |
|---|---|---|---|---|---|---|
| **C18 Stearic Acid Triple Pressed** | | | | | | |
| **FOB SE Asia Container** | USD/tonne | n/c | 950.00-1000.00 | n/c | 900.00-1000.00 | 43.09-45.36 |
| **CFR Japan Container** | USD/tonne | n/c | 990.00-1040.00 | n/c | 940.00-1040.00 | 44.91-47.17 |
| **CFR NE Asia Container** | USD/tonne | n/c | 990.00-1040.00 | n/c | 940.00-1040.00 | 44.91-47.17 |

**Rubber grade stearic acid (RGSA)**

Spot prices were adjusted down $10-20/tonne to reflect the current discusisons and upstream palm stearin values.

Spot appetite for RGSA tapered off as players stayed on the sidelines and adopted a cautious stance amid the global economic downturn.

**Triple pressed stearic acid (TPSA)**

Spot prices of TPSA were stable, reflecting the offers and current discussions.

Demand for TPSA has stagnated amid the year-end holiday lull.

TPSA is used in a multitude of products including shaving creams, cosmetics, medicines, skincare products, soaps, detergents and candles.

It is also used in the manufacturing processes of many products including lubricants, adhesives and metal working fluids.



**UPSTREAM**

## CPO vs PKO vs Palm Stearin Prices ($/tonne)



| Product | Delivery | 13-Dec | 6-Dec |
|---|---|---|---|
| CPO | DEL, south Malaysia | M$3,950.00 | M$4,080.00 |
| PKO | DEL, south Malaysia | $896.59 | $925.70 |
| Palm Olein | FOB, Malaysia | $955.00 | $1,000.00 |
| Palm Stearin | FOB, Malaysia | $880.00 | $890.00 |
| PFAD | FOB, Malaysia | $770.00 | $800.00 |

Prices on a per tonne basis.

*Source: Matthes & Porton*

**Fatty Acids - Fractionated (Asia-Pacific) | 14-Dec-2022.** ICIS accepts no liability for commercial decisions based on the content of this report. Unauthorised reproduction, onward transmission or copying of the Fatty Acids - Fractionated (Asia-Pacific) Report in either its electronic or hard copy format is illegal. Should you require a licence or an additional copy of the Fatty Acids - Fractionated (Asia-Pacific) Report, please contact ICIS at sales.uk@icis.com

ICIS, Quadrant House, The Quadrant, Sutton, Surrey, SM2 5AS. United Kingdom. ICIS accept no liability for commercial decisions based on the content of this report. Copyright violation is a serious offence. Any distribution or forwarding of information that is not expressly permitted by your subscription agreement is a copyright violation. ICIS uses software to monitor unauthorised electronic redistribution of reports.

© 2022 Reed Business Information Limited. ICIS is a member of RELX Group. www.icis.com

