# EXHIBIT D



# AGRIWORLD
# CERTIFICATE OF INSPECTION

| CERTIFICATE NO. | AGRI/USA/2022/US621-0016150-2 | |
|---|---|---|
| **GENERAL INFORMATION** | **PLACE OF INSPECTION** : ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮ | |
| | **INSPECTION DATE DATES** : OCTOBER 17, 2022 | |
| | **GOODS DESCRIPTION** : CALCIUM SALTS OF PALM FATTY ACID, PALMITRIC ACID 85%, NLT-16, HIDROFAT | |
| | **REFERENCES** : CARGO PREVIOUSLY DISCHARGED FROM THE MV ANSHUN | |

## RESULTS OF INSPECTION

We, Intertek AgriWorld, in pursuance of instructions received by Nutrion Feeds North America Inc., have attended the inspection of of above-mentioned cargo with the following results.

### October 17th, 2022

**09:00 – 13:00**

### Cargo Inspection

**Surveyors In attendance**

Pierre Petuya (Intertek)

Forest Viehman (DUNCAN SHOEMAKER & ASSOCIATES)

Capt. John Curry (JOHN R. CURRY MARINE SURVEY AND CONSULTANT)

Michael Rogers (ARNOLD AND ARNOLD INC)

Takota Fletcher (CULLEN MARITIME)

Anthony Venegas (OPERATIONS MANAGER ▮▮▮▮ )

(SEE SIGN IN SHEET)



Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek.com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.



Intertek arrived at warehouse 07:10 at 09:00 hrs and was soon followed by Forest Viehman and then John Curry. We collected and waited for the other expected participants. Michael Rogers arrived about 09:40 and we spoke with Takota Fletcher who said to proceed without him.

John Curry brought a thermal camera and scanned the area. He noticed some temperature differentials between many bags. We all agreed to investigate this. After marking off 4 (four) different spots of interest we then marked and numbered them with numbered tape tags.
We then measured the cooler areas of the bags (exterior) then measured the warmer areas in the stack that showed up on his thermal scan. The following temperatures are as listed,
Exterior bag temperature/ indicated raised temperature inside the stack

- AREA 1).  67/71 Fahrenheit
- AREA 2)  67/72 Fahrenheit
- AREA 3)  67/67 (no difference)
- AREA 4)  68.5/74 Fahrenheit

(See Supporting Photos)

After Takota Fletcher arrived at approximately 10:40 hrs we all convened and discussed sampling procedure.

We shared that Intertek was instructed that we should be taking combined samples then distributing them to each party for uniformity. Upon discussion no one was interested in that procedure.

Forest informed me that his people wanted just a single sample from each product type and that sample should be 5 to 10 kilos. No other participants required samples.

Everyone else agreed they did not need a collective sample and would be happy with 1-2 kilos of the same singular sample.

We then produced sampling equipment for everyone including latex gloves, buckets, and ladles as well as isopropyl alcohol and towels to clean said equipment between samplings. I also provided said sampling bags and inventory tags provided by Intertek.

We then all took part in the sampling process together, there was 1 (one) bag of NLT 16 in the entire warehouse. 158 bags of Hidrofat, and the remainder of the warehouse appeared to be NLC 16.
We then filled the buckets with the corresponding product(s) and then went back to a transfer station, comingled the samples and filled the sample bags. We then secured all samples with tags and numbered seals, and distributed said bags randomly amongst ourselves. I

There are also marked sections on the enclosed map with the location of the samplings.

Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek.com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.



In between each sampling we cleaned all equipment with isopropyl alcohol and all sampling was taken as a group without protest or dissent from any member of the group as to the procedure.

Upon completion of sampling, logging, and distribution of completed sampling bags we then photographed them all in total. The sampling inventory list may be referenced below.

It was told to us by Forest Viehman that he was told that his samples would need to be repackaged into bottles before being sent to England for testing. We note this without further verification or witnessing of this process.

Following sampling and distribution I then undertook doing an inventory of bags that may be deemed as bad or unusable. My method was purely a visual inspection without any testing and is only a subjective estimate.

The criteria we used was to search out bags that had a few factors.

1. half or partially full bags
2. outer discoloration
3. bags marked with an "x" previously for disposal
4. bags that appeared damaged heavily
5. bags in an area deemed as bad by a previous inspection without my presence nor do I have any knowledge of the criteria for this designation.

Our estimate came up to 186 bags, deficient or defective that we could determine visually. This number is subject to change if greater inspection is available.

The estimated current total inventory for the warehouse sits at 1,319 according to documentation previously provided by ████████.

When ███████ employee was asked about approximate counts, they were unable to provide statistics or confirmation outside of this document.

Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.



**Inspection Photos**



Infrared scope search for hot spots.          Hot spot #1: 67F ambient, 71F between bags

Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.



Hot spot #2: 67F ambient 72F in between.        Hot spot #3: 67F ambient and 67F in between

Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.





Hot spot #4: 68.5F ambient, 74F in between bags

No other hot spots were detected of importance or concern by the sampling team.

## COLLECTED SAMPLES

Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek.com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.



SAMPLES BAGGED AND TAGGED, 27 SAMPLES TOTAL.

Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.



SAMPLE TAG RECORD SHEET OF 27 SAMPLES

Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.



DEFICIENT OR DAMAGED INVENTORY



NORTHEAST WALL, FALLEN BUT APPEARS INTACT

EAST WALL WITH MOST DAMAGED INVENTORY. ON THE SUBSEQUENT MAP THIS IS THE HALF CIRCLE AREA SHADED IN YELLOW.



Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek.com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.





Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.





Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.





Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.





Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.





Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instruction, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.





Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.





Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek.com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.





Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.





Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek.com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.





Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.





Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.





Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek.com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.





**END OF EAST WALL PHOTOS**

Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek.com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.



SOUTHEAST WALL. THESE BAGS HAVE BEEN MIXED WITH REBAGGING OF MATERIAL. NOT SURE AS TO CONDITIONAL STATUS OVERALL OF THIS AREA. THIS AREA IS MARKED ON THE SUBSEQUENT MAP IN A SQUARE SHADED YELLOW



Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek.com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.





END OF SOUTHEAST WALL PHOTOS.

Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek.com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.



MAP OF WAREHOUSE SHOWING POSSIBLY COMPROMISED INVENTORY (IN YELLOW HIGHLIGHTS) AND SAMPLING POINTS IN SOUTHERN AND MIDDLE SECTION (HIGHLIGHTED IN ORANGE) ON 10/17/22.



Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek.com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.



SIGN IN SHEET OF PARTICIPANTS IN SURVEY



Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.



M.V. ANSHUN - OCTOBER, 17, 2022   AT 0900

IN ATTENDANCE   /   REPRESENTING

Pierre Petuya         INTERTEK
                      (Chris Sparks
916-215-2965

FOREST VIEHMAN -        ███████ - NUTRION UNDERWRITERS
916-844-6347            DUNCAN SHOEMAKER & ASSOCIATES

John Curry  -  Conti-Lines
310 529-1661

AT VENEGAS - ███████

MICHAR ROGER  ARNOLD & ARNOLD (BRITAIN)

TAKOTA FLETCHER - OWNERS (CULLEN MARITIME)

---

**24 Hour Telephone** (800) 207-9301

**MICHAEL ROGERS**
Michael@arnoldoffice.com

**ARNOLD AND ARNOLD, INC.**
Aviation and Marine Loss Adjusters
P&I, Hull, Cargo and General Liability

**DIRECT CONTACT**          San Francisco, California Office
Mobile: (415) 271-5732       Main Office   (800) 207-9301
                             Facsimile     (800) 207-9324

---

**DUNCAN SHOEMAKER & ASSOCIATES, LLC**
Marine Consultants and Surveyors

**Forest Viehman**

Cell: (916) 844-6347
forest.viehman@duncanshoemaker.com
www.duncanshoemaker.com

---

**JOHN R. CURRY**
MARINE SURVEYOR & CONSULTANT

Capt. John Curry

419 East Walnut Avenue    Office  (310) 640-6876
El Segundo, CA 90245      Cell    (310) 529-1661
                          Home    (310) 640-9233
                          Fax     (310) 640-0160
E-Mail  John@curry.net

---

**EVERGREEN**
**CUSTODY SERVICES**
Serving The San Francisco Bay Area

**PIERRE PETUYA**
VISITATION MONITOR
Representing INTERTEK

(925) 367-1651          pierre@evergreencustody.com

---

**Anthony Venegas**
Operations Manager

Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek.com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.



This certificate reflects the findings of Intertek at place and time of our intervention only and does not relieve any party from their contractual responsibilities.

**PLACE OF INSPECTION**
Stockton, California, USA

**ISSUED BY**
Intertek AgriWorld USA

**DATE OF INSPECTION**
October 17th, 2022

**DATE SIGNED**
9/23/2022

Chris Sparks, Branch Manager

Except where explicitly agreed in writing, all work and services performed by Intertek are subject to Intertek standard Terms and Conditions which can be found on our website at: http://www.intertek com/terms/ This certificate is addressed to and for the sole benefit of the Customer. Only the Customer is authorized to permit copying or distribution of this certificate and then only in its entirety and only pursuant to the purpose for which it was prepared and provided. The issuance of this certificate does not exonerate any party from exercising all of their rights and discharging all of their commercial, legal or contractual liabilities with any third party. Any reported observations and results within this certificate should be read and relied upon only in the context of the intervention of Intertek and for the purpose for which this certificate was prepared and provided. The reported observations were made on the basis of information, materials received from the Customer or its nominated third parties or on the basis of facts and information in existence at the time and place of the intervention of Intertek only and collected by Intertek in accordance with the Customer's instructions, or in the absence of such instructions, in accordance with generally accepted practices and standards of the industry. Reported result(s) relate only to the samples that were collected in accordance with the instruction of Customer.