# EXHIBIT E

## Ho, Allen

**From:** ▇
**Sent:** Tuesday, February 7, 2023 6:03 PM
**To:** Alejandro Burgaleta; ▇
**Cc:** Santiago Burgaleta
**Subject:** RE: Cargo under Judicial Attachment

Good morning Alejandro,

As discussed, we are pleased to make the following offer on the palm fat being held in our warehouse as follows:



Our bid will be valid until ▇
Our bid will be subject to ▇

Best regards,



---

**From:** Alejandro Burgaleta <ab@nutrionfeeds.com>
**Sent:** Tuesday, February 7, 2023 4:07 PM
**To:** ▇
**Cc:** sb@nutrion.es
**Subject:** Re: Cargo under Judicial Attachment

Now with the files
Best regards

Alejandro