**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THORCO PROJECTS A/S<br><br>    Plaintiff,<br><br>  vs.<br><br>NUTRION FEEDS NORTH AMERICA, INC.<br><br>    Defendant. | Case No. 2:22-cv-01331-TLN-JPD<br><br>Trial Judge:        Hon. Troy Nunley<br>Magistrate Judge:   Hon. Jeremy Peterson<br><br>**IN ADMIRALTY**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NUTRION FEEDS NORTH AMERICA, INC.'S MOTION TO SELL CARGO**<br><br>Complaint Filed:  July 27, 2022<br>Trial Date:       None Set |

165576.06501/130865338v.1

**[PROPOSED] ORDER**

The Court, having (1) considered the Joint Application filed by Nutrion Feeds North America, Inc. ("Nutrion') for an Order Referring Approval of Sale of Cargo to the Honorable Jeremy D. Peterson (Doc. 36); (2) considered the *ex parte* application, permitted by stipulation of the parties, by Nutrion providing the grounds for the proposed sale of the Cargo (Doc. 38); (3) held a status conference on February 16, 2023, via video conference (Doc. 40); and, (4) further considered additional information submitted by Nutrion by way of the February 24, 2023 Declaration of Alejandro Burgaleta with attachments all filed under seal (Docs. 41 & 44), with good cause appearing, HEREBY ORDERS AS FOLLOWS:

Nutrion's Motion is GRANTED in its entirety.

Nutrion is authorized to complete the proposed sale of the Cargo as described in the Motion and supporting documentation.

IT IS SO ORDERED.

Dated:   March 28, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE