UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| THORCO PROJECTS A/S,<br><br>  Plaintiff,<br><br>  v.<br><br>NUTRION FEEDS NORTH AMERICA, INC.,<br><br>  Defendant. | Case No. 2:22-CV-01331-TLN-JDP<br><br>**ORDER APPROVING GARNISHEE TRANS-HOLD, INC'S VERIFIED CLAIM** |

Having considered Garnishee Trans-Hold, Inc.'s ("Garnishee") Verified Claim for payment of costs of administration pursuant to Local Rule 550(e), the request is hereby **GRANTED.**

The Court, therefore, orders the payment of Garnishee's unpaid expenses of administration as detailed in the Verified Claim totaling $26,305.85.

**IT IS SO ORDERED.**

DATED: May 31, 2023

_____
Troy L. Nunley
United States District Judge