# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORCO PROJECTS A/S, | No. 2:22-cv-01331-TLN-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| NUTRION FEEDS NORTH AMERICA, | |
| Defendant. | |

This matter is before the Court on Plaintiff Thorco Projects A/S's ("Plaintiff") *Ex Parte* Application to Unseal Docket and Order to Disclose *In Camera* Submissions. (ECF No. 47.) Defendant Nutrion Feeds North American, Inc. ("Defendant") filed a response and a supplemental response. (ECF Nos. 48, 51.) For the reasons set forth below, the Court DENIES Plaintiff's application.

On February 24, 2023, Defendant filed a request to seal documents that had been requested by the magistrate judge to assess the parameters of the sale of cargo at issue in this admiralty case. (ECF No. 42.) The documents identified proprietary information such as Defendant's clients, confidential pricing information, and corresponding business strategies relevant to the sale of the cargo. (ECF No. 42.) Plaintiff did not file an opposition. The Court granted Defendant's request to seal on March 13, 2023. (ECF No. 43.) On March 29, 2023, the

magistrate judge authorized Defendant to complete the proposed sale of the cargo based on the information Defendant provided.  (ECF No. 46.)

On May 11, 2023, Plaintiff filed the instant *ex parte* application, requesting an expedited order to unseal the documents so that Plaintiff could learn the purchaser of the cargo, purchase price, and the date the sale would be finalized and the escrow account funded.  (ECF No. 47 at 2.) Plaintiff further contends there was never a legitimate basis for Defendant to withhold this information.  (*Id.*)  In response, Defendant argues the cargo has been sold, the proceeds have been deposited in accordance with the parties' agreement, and Defendant provided the post-sale information as required.  (ECF No. 51 at 3.)  Defendant asserts confidentiality is still necessary to protect its proprietary information and notes that the parties agreed that this information would be sealed.  (*Id.* at 4.)

Plaintiff fails to persuade the Court that the documents should be unsealed at this time.  As mentioned, Plaintiff did not oppose the original request to seal and seemingly agreed the information was confidential.  Moreover, Defendant asserts it has provided Plaintiff with the requested information related to the sale, which is now complete.  Plaintiff did not respond to Defendant's assertion or explain what further information it needs from the sealed documents.

For these reasons, the Court DENIED Plaintiff's *ex parte* application without prejudice.

IT IS SO ORDERED.

DATE:  June 7, 2023

_____
Troy L. Nunley
United States District Judge