**BLANK ROME LLP**
Nicole B. Metral (SBN 286606)
Nicole.Metral@BlankRome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

**BLANK ROME LLP**
William R. Bennett III (admitted *pro hac vice*)
William.Bennett@BlankRome.com
Noe S. Hamra (admitted *pro hac vice*)
Noe.Hamra@BlankRome.com
1271 Avenue of the Americas
New York, NY 10020
Telephone:  212.885.5000
Facsimile:   212.885.5001

*Attorneys for Defendant and Cross-Claimant*
*NUTRION FEEDS NORTH AMERICA, INC.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORCO PROJECTS A/S<br><br>            Plaintiff,<br><br>    vs.<br><br>NUTRION FEEDS NORTH AMERICA, INC.<br><br>            Defendant. | Case No. 2:22-cv-01331(TLN)(JPD)<br><br>Trial Judge:         Hon. Troy Nunley<br>Magistrate Judge:  Hon. Jeremy Peterson<br><br>**NOTICE OF WITHDRAWAL OF NICOLE METRAL AS COUNSEL OF RECORD FOR NUTRION FEEDS NORTH AMERICA, INC.**<br><br>Complaint Filed:  July 27, 2022<br>Trial Date:           None Set |

---

**NOTICE OF WITHDRAWAL OF NICOLE METRAL AS COUNSEL OF RECORD FOR NUTRION FEEDS NORTH AMERICA, INC.**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Nicole Metral will no longer serve as an attorney of record for Defendant and Counter Claimant NUTRION FEEDS NORTH AMERICA, INC. ("Nutrion") in this matter. William R. Bennett III and Noe S. Hamra of Blank Rome LLP will continue to serve as counsel for Nutrion. All parties and counsel of record are requested to update their service lists accordingly.

DATED:  August 10, 2023            BLANK ROME LLP

By: /s/ Nicole B. Metral
Nicole B. Metral
William R. Bennett III
Noe S. Hamra
Attorneys for Defendant and Cross-Claimant
*NUTRION FEEDS NORTH AMERICA, INC.*