ZACHARY J. FARLEY, State Bar No. 245355
COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

Attorney for TRANS-HOLD INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THORCO PROJECTS A/S, | Case No. 2:22-cv-01331-TLN-JDP |
| Plaintiff, | **IN ADMIRALTY** |
| v. | **UPDATE TO VERIFIED CLAIM** |
| NUTRION FEEDS NORTH AMERICA, INC., | The Hon. Troy L. Nunley |
| Defendant. | |

Garnishee Trans-Hold Inc. ("Garnishee"), by and through its attorneys Collier Walsh Nakazawa LLP, respectfully submits its updated claim for expenses of administration through this verified claim pursuant to Local Rule 550(e):

1. On May 31, 2023, this Court ordered (the "May Order") the payment of Garnishee's unpaid expenses of administration as detailed in its verified claim of May 19, 2023 (Dkt. 52) ("First Verified Claim") totaling $26,305.85 ("Unpaid Expenses"). Dkt. 53.

2. As of the date of this filing ("Revised Claim"), the Court's order remains unfulfilled as Garnishee has received no payment for the Unpaid Expenses.

3. Interest continues to accrue for the Unpaid Expenses, which when combined with the balance of the Unpaid Expenses now totals $32,809.96 ("Revised Expenses of Administration"). Attached hereto as **Exhibit A** are true and correct copies of the unpaid invoices submitted with the First Verified Claim which provide for the accrual of interest.

VERIFIED CLAIM

COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone (562) 317-3300

4. Plaintiff and Defendant stipulated that the amounts owed under both the First Verified Claim and this Revised Claim should be paid by Plaintiff. *See* Dkt. 36 at p. 5 ¶ 6. The Court provided Plaintiff and Defendant their requested order pursuant to this stipulation. *See* Dkt. 37.

5. Prior to the May Order, Plaintiff, through counsel, variously instructed Garnishee to submit invoices which comprise the Unpaid Expenses with the assurance that payment would be forthcoming. Upon following Plaintiff's instructions, and upon waiting in excess of a year for such payment, no payment has been received. Such delaying actions served only to increase the burden upon Garnishee.

6. Despite repeated outreach to Plaintiff's counsel to satisfy the May Order, or obtain any update for payment, Plaintiff has refused to provide any timeline for when payment would be forthcoming.

7. Injury to Garnishee is ongoing as it accrued costs as garnishee pursuant to Plaintiff's Process of Maritime Attachment and Garnishment and the burden for the Unpaid Expenses remain born solely by Garnishee.

8. Garnishee requests that the Court issue an order superseding its previous May Order to include the interest accrued upon Unpaid Expenses.

9. In accord with the filed stipulation between Plaintiff and Defendant, Garnishee further requests that this Court order Plaintiff to pay Garnishee the Revised Expenses of Administration within thirty (30) days of the entry of its order so that harm against Garnishee may finally end.

10. Garnishee seeks the requested relief from the Court to avoid incurring any additional harm and to receive payment already ordered by this Court.

NOW THEREFORE, GARNISHEE Trans-Hold Inc. hereby requests an order of this Court, in the form submitted herewith, awarding Trans-Hold Inc. $32,809.96 for the unpaid Revised Expenses of Administration pursuant to this Court's order of May 31, 2023 and that the Court order service of the Revised Claim be made upon the U.S. Marshal for the Eastern District of California pursuant to Local Rule 550(e).

Dated: November 5, 2024					COLLIER WALSH NAKAZAWA LLP


						By:	/s/ Zachary Farley
							Zachary J. Farley
							Attorney for TRANS-HOLD INC.

## VERIFICATION

I am Manager of Trans-Hold Inc. I have read the foregoing Revised Claim and know the contents thereof. The facts and allegations set forth therein are true and accurate based on my personal knowledge, information, and belief.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on November 5, 2024, at Stockton, California.

Anthony Venegas
Print Name of Signatory

_[signature]_
Signature