**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq., SBN 126281
brose@kayerose.com
Frank C. Brucculeri, Esq., SBN 137199
fbrucculeri@kayerose.com
723 Palisades Beach Road, Suite 108
Santa Monica, California 90402
Telephone: (310) 551-6555
Facsimile: (310) 277-1220

Attorneys for Plaintiff
**Thorco Projects A/S**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| THORCO PROJECTS A/S, | **Case No.: 2:22-cv-01331-TLN-JDP** |
| Plaintiff, | |
| v. | **IN ADMIRALTY** |
| NUTRION FEEDS NORTH AMERICA INC. | **STATUS REPORT** |
| Defendant. | Complaint Filed: July 27, 2022 |

**COMES NOW** Plaintiff, THORCO PROJECTS A/S (hereinafter "Thorco" or "Plaintiff"), by and through its undersigned counsel, and respectfully files this Status Report in accordance with Docket 57. This matter is an ancillary proceeding pursuant to Supplemental Rule B. Undersigned counsel was not previously aware that the matter had inadvertently not been voluntarily dismissed, following the private sale of the previously attached cargo. The substantive merits of the underlying dispute were at all times the subject of foreign arbitration proceedings pending in London. The parties will not be seeking summary judgment or trial on the merits of the claim. It is the expectation of undersigned counsel that the matter will be able to be dismissed once the non-party verified

Kaye, Rose & Partners LLP

claim is resolved.

Undersigned counsel respectfully requests an additional fourteen (14) days, up to and including November 22, 2024 in order to consult with foreign counsel and defense counsel regarding the status of the underlying foreign proceedings; to resolve the verified statement of claim by non-party Trans-Hold Inc. (Docket 58); and to finalize an appropriate stipulation of dismissal.  In the unlikely event that the above items cannot be accomplished within the next fourteen (14) days and/or if any party requires judicial intervention to resolve any remaining aspect of the case, Plaintiff will respectfully provide a further status report to the Court at that time (if so permitted by this Honorable Court).

Dated:  November 8, 2024                    Respectfully submitted,

**KAYE, ROSE & PARTNERS, LLP**

By: /s/ *Frank C. Brucculeri*
    Frank C. Brucculeri (137199)
    *Attorneys for Plaintiff*
    *Thorco Projects A/S*

**CHALOS & CO, P.C.**
By: /s/ *Briton P. Sparkman*
    Briton P. Sparkman, PHV
    *Attorneys for Plaintiff*
    *Thorco Projects A/S*