**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq., SBN 126281
brose@kayerose.com
Frank C. Brucculeri, Esq., SBN 137199
fbbrucculeri@kayerose.com
723 Palisades Beach Road, Suite 108
Santa Monica, California 90402
Telephone: (310) 551-6555
Facsimile: (310) 277-1220

Attorneys for Plaintiff
**Thorco Projects A/S**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| THORCO PROJECTS A/S,<br><br>Plaintiff,<br><br>v.<br><br>NUTRION FEEDS NORTH AMERICA INC.<br><br>Defendant. | **Case No.: 2:22-cv-01331-TLN-JDP**<br><br>**IN ADMIRALTY**<br><br>**SUPPLEMENTAL STATUS REPORT**<br><br>Complaint Filed: July 27, 2022 |

**COMES NOW** Plaintiff, THORCO PROJECTS A/S (hereinafter "Thorco" or "Plaintiff"), by and through its undersigned counsel, and respectfully files this Further Supplemental Status Report.

Undersigned counsel is working to obtain all necessary internal approvals from Plaintiff (and its interested underwriters) to be able to finalize payment to resolve the only open item in this matter, *i.e.* the statement of claim (Dkt. 58). Undersigned counsel will continue to keep the Court apprised of the efforts and will submit further status updates on all developments. As before, should the Court require further information, undersigned counsel would be pleased to provide same to the Court.

In advance, we thank the Court for its time and attention to this matter.

Dated: December 13, 2024          Respectfully submitted,

**KAYE, ROSE & PARTNERS, LLP**

By: /s/ *Frank C. Brucculeri*
    Frank C. Brucculeri (137199)
    *Attorneys for Plaintiff*
    *Thorco Projects A/S*

**CHALOS & CO, P.C.**

By: /s/ *Briton P. Sparkman*
    Briton P. Sparkman, PHV
    *Attorneys for Plaintiff*
    *Thorco Projects A/S*