**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq., SBN 126281
brose@kayerose.com
Frank C. Brucculeri, Esq., SBN 137199
fbbrucculeri@kayerose.com
Jared M. Kaye, Esq., SBN 326602
jkaye@kayerose.com
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220

Attorneys for Plaintiff
**THORCO PROJECTS A/S**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| THORCO PROJECTS A/S,<br><br>          Plaintiff,<br><br>v.<br><br>NUTRION FEEDS NORTH AMERICA INC.<br><br>          Defendant. | **Case No.: 2:22-cv-01331-TLN-JDP**<br><br>**IN ADMIRALTY**<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Complaint Filed: July 27, 2022 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT effective March 3, 2025, attorneys for Plaintiff THORCO PROJECTS A/S. have changed their address as follows:

    KAYE, ROSE & PARTNERS, LLP
    1801 Century Park East, 24th Floor
    Los Angeles, California 90067

///

1
**NOTICE OF CHANGE OF ADDRESS**

     Please update your service list accordingly. The telephone, facsimile and email addresses remain the same.

Dated:  February 28, 2025        Respectfully submitted,

**KAYE, ROSE & PARTNERS, LLP**

By: /s/ *Frank C. Brucculeri*
    Frank C. Brucculeri
    *Attorneys for Plaintiff*
    *Thorco Projects A/S*