**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq., SBN 126281
brose@kayerose.com
Frank C. Brucculeri, Esq., SBN 137199
fbrucculeri@kayerose.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220

Attorneys for Plaintiff
**Thorco Projects A/S**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| THORCO PROJECTS A/S, | **Case No.: 2:22-cv-01331-TLN-JDP** |
|---|---|
| Plaintiff, | |
| v. | **IN ADMIRALTY** |
| NUTRION FEEDS NORTH AMERICA INC. | **SUPPLEMENTAL STATUS REPORT** |
| Defendant. | Complaint Filed: July 27, 2022 |

**COMES NOW** Plaintiff, THORCO PROJECTS A/S (hereinafter "Thorco" or "Plaintiff"), by and through its undersigned counsel, and respectfully files this Further Supplemental Status Report. Counsel for Plaintiff is arranging for final payment of the statement of claim and expects to complete same within the next ten (10) business days. As the substantive merits of the dispute are proceeding in London arbitration, Plaintiff would request leave until March 25, 2025 to file a stipulation of voluntary dismissal. This is Plaintiff's final request to the Court and counsel recognizes the Court's directive that the matter may not continue to simply remain open on the docket.

///

1
**SUPPLEMENTAL STATUS RPEORT**

In advance, we thank the Court for its time and attention to this matter.

Dated: March 7, 2025                    Respectfully submitted,

**KAYE, ROSE & PARTNERS, LLP**

By: /s/ *Frank C. Brucculeri*
      Frank C. Brucculeri (137199)
      *Attorneys for Plaintiff*
      *Thorco Projects A/S*

**CHALOS & CO, P.C.**

By: /s/ *Briton P. Sparkman*
      Briton P. Sparkman, PHV
      *Attorneys for Plaintiff*
      *Thorco Projects A/S*