UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| THORCO PROJECTS A/S,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NUTRION FEEDS NORTH AMERICA, INC.,<br><br>　　　　　Defendant. | Case No.: 2:22−CV−01331−TLN−JDP<br><br>**IN ADMIRALTY**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL [FRCP 41(A)]** |

　　　　Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and causes of action as stated in Plaintiff's complaint and Defendant's answer and counterclaim on file herein, with each Party bearing its own costs. The Clerk is directed to close the file.

　　　　IT IS SO ORDERED.

Dated:  March 28, 2025

_____
Troy L. Nunley
Chief United States District Judge